**Roy L. SMITH, Plaintiff–Appellant,**

v.

**Ms. Redfearn MILLER, Grievance Officer at Evans CI, Defendant–Appellee.**

No. 08–7156.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Oct. 20, 2008.

Roy L. Smith, Appellant Pro Se. John Evans James, III, John E. James II Law Office, Winnsboro, South Carolina; Lucy Grey Wilson McIver, Lee, Erter, Wilson, James, Holler & Smith, LLC, Sumter, South Carolina, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy L. Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Miller*, No. 9:07–cv–01774–HFF, 2008 WL 2433828 (D.S.C. June 16, 2008).

We deny Smith's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*